IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| ROYAL ELECTRIC VEHICLES, LLC, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 4:23-cv-00265-WMR |
| BC COMPANIES, LLC and ROBERT B. CONQUEST, | ) JURY TRIAL REQUESTED |
| Defendants. | ) |

CERTIFICATE OF CORPORATE INTEREST

I, the undersigned, counsel of record for Royal Electric Vehicles, LLC, certify to the best of my knowledge and belief:

  X     My client has no corporate interests to be identified under Fed. R. Civ. P. 7.1 or Fed. R. Crim. P. 12.4.

____   My client has the following parent corporation(s):

____   The following publicly held corporation(s) own 10% or more of my client's stock:

Dated: November 9, 2023

Respectfully submitted,

/s/Robert O. Fox
Robert O. Fox (Georgia Bar No. 272610)
Wade R. Orr – Tenn. Bar No. 27448 (to be admitted *pro hac vice*)
LUEDEKA NEELY, P.C.
900 S. Gay Street, Suite 1504
Knoxville, TN 37902
Telephone: (865) 546-4305
Rfox@Luedeka.com
WOrr@Luedeka.com