**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**

| | |
|---|---|
| **ROYAL ELECTRIC VEHICLES, LLC,**     )<br>                                                                )<br>       **Plaintiff,**                                         )<br>                                                                )         **CIVIL ACTION NO.:**<br>**vs.**                                                         )<br>                                                                )         **4:23-cv-00265-WMR**<br>**BC COMPANIES, LLC and**                  )<br>**ROBERT B. CONQUEST,**                   )<br>                                                                )<br>       **Defendants.**                                     )<br>                                                                ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

COMES NOW Plaintiff Royal Electric Vehicles, LLC ("Plaintiff"), by and through its undersigned counsel, and stipulates to the dismissal of the above-styled lawsuit, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

WHEREFORE, PREMISES CONSIDERED, Plaintiff requests that this Court enter an order dismissing the above-styled lawsuit, with prejudice, costs taxed as paid.

Respectfully submitted this 20th day of March, 2024.

                                                            LUEDEKA NEELY, P.C.

                                                            */s/ Robert O. Fox*
                                                            Robert O. Fox – (Georgia Bar No. 272610)
                                                            LUEDEKA NEELY, P.C.
                                                            900 S. Gay Street, Suite 1504
                                                            Knoxville, TN 37902
                                                           Telephone: (865) 546-4305
                                                           RFox@Luedeka.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing has been served upon the following, via email, to counsel for Defendants at the e-mail address below on this the 20th day of March, 2024:

Counsel for Defendants:
Kevin D. Heard, Esq.
HEARD, ARY & DAURO, LLC
303 Williams Avenue SW
Park Plaza Suite 921
Huntsville, Alabama 35801
kheard@heardlaw.com

                                              s/Robert O. Fox
                                                  Robert O. Fox